# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KINSEY JOHN KEE,<br><br>    Plaintiff<br><br>v.<br><br>WINNEMUCCA, NEVADA, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00316-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff, is an inmate in custody of the Humboldt County Detention Center. He filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) Plaintiff filed an application to proceed *in forma pauperis* (IFP); however, it was not accompanied by the required documents for an inmate. The court issued an order giving Plaintiff 30 days to file a completed IFP application for an inmate or pay the filing fee. He was cautioned that a failure to timely do so would result in a recommendation that his case be dismissed without prejudice. (ECF No. 4.)

Plaintiff did not timely pay the filing fee or file a completed IFP application. In fact, that order was returned as undeliverable, and Plaintiff has not filed updated contact information as required by Local Rule IA 3-1. This action should be dismissed without prejudice as a result of Plaintiff's failure to update his contact information and file a completed IFP application or pay the filing fee.

///

///

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: January 9, 2024

_____
Craig S. Denney
United States Magistrate Judge