AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KINSEY JOHN KEE,

        Plaintiff,

v.

H.C.S.O/SHERIFF et al

        Defendant.

JUDGMENT

Case Number:  3:23-cv-00316-MMD-CSD

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Denney's Report and Recommendation (ECF No. 6) is **ACCEPTED AND ADOPTED IN FULL.**
**IT IS FURTHER ORDERED** this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date: February 1, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk